NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant,*

v.

**PREMIER ELECTION SOLUTIONS, INC.,**
*Defendant-Cross Appellant,*

AND

**DIEBOLD, INCORPORATED,**
*Defendant-Appellee.*

2011-1553, 2012-1017

Appeals from the United States District Court for the Middle District of Florida in case no. 09-CV-1968, Senior Judge Patricia C. Fawsett.

-------------------------------------------------------------------------

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant,*

v.

**ELECTION SYSTEMS & SOFTWARE, INC.,**
*Defendant-Cross Appellant.*

2011-1559, 2012-1016

---

Appeals from the United States District Court for the Middle District of Florida in case no. 09-CV-1969, Senior Judge Patricia C. Fawsett.

---

**ON MOTION**

---

**ORDER**

Voter Verified, Inc. moves without opposition to supplement the appendix in each of the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 3 1 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert M. Evans, Jr., Esq.
    Anthony I. Provitola, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 3 1 2012

JAN HORBALY
CLERK